# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Norfolk Division)

| | |
|---|---|
| **CRAWL SPACE DOOR SYSTEM, INC.,** ) <br> **d/b/a CRAWL SPACE DOOR SYSTEMS, INC.** ) <br> ) <br>     **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **WHITE AND WILLIAMS, LLP** ) <br> ) <br>     **Defendant.** ) | Case No. 2:22-cv-00199-RCY-LRL |

## WHITE AND WILLIAMS, LLP'S MOTION TO DISMISS

Defendant White and Williams, LLP, by counsel pursuant to Fed. R. Civ. P. 12(b)(2), (3), and (6), respectfully moves this Court to dismiss the Amended Complaint of plaintiff Crawl Space Door System, Inc. d/b/a Crawl Space Door Systems, Inc., for failure to state a claim on grounds that this Court lacks of personal jurisdiction over White and Williams, LLP, venue is improper and it is barred as it was required to be brought as a compulsory counterclaim in related litigation.

In support of this Motion, defendant White and Williams, LLP refers the Court to its Memorandum in Support of Motion to Dismiss, filed herewith.

                                                                         **WHITE AND WILLIAMS, LLP**

                                                                   By:   /s/_____
                                                                             David D. Hudgins

David D. Hudgins (VSB No. 20602)
William F. Gogoel (VSB No. 94765)
HUDGINS LAW FIRM, PC
2331 Mill Road, Suite 100
Alexandria, VA 22314
(703) 739-3300 telephone / (703) 739-3700 fax
dhudgins@hudginslawfirm.com
wgogoel@hudginslawfirm.com
*Counsel for White and Williams, LLP*

## CERTIFICATE OF SERVICE

   I hereby certify that on this 19th day of July, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to:

Duncan G. Byers, Esq.
Patten, Wornom, Hatten & Diamonstein
12350 Jefferson Ave., Suite 300
Newport News, VA 23602
dbyers@pwhd.com

                /s/ David D. Hudgins
                Counsel

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 19, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Duncan G. Byers, Esq.
Va. Bar No. 48146
PATTEN, WORNOM, HATTEN & DIAMONSTEIN
12350 Jefferson Avenue, Suite 300
Newport News, VA 23602
Telephone: (757) 223-4500
Facsimile: (757) 249-1627
dbyers@pwhd.com
cveals@pwhd.com
*Counsel for the Plaintiff, Crawl Space Door System, Inc.*