IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Norfolk Division)

| | |
|---|---|
| **CRAWL SPACE DOOR SYSTEM, INC.,** )<br>**d/b/a CRAWL SPACE DOOR SYSTEMS, INC.** )<br> )<br>    **Plaintiff,** )<br> )<br>**v.** )<br> )<br>**WHITE AND WILLIAMS, LLP** )<br> )<br>    **Defendant.** ) | Case No. 2:22-cv-00199-RCY-LRL |

## ORDER

UPON CONSIDERATION of the Motion to Dismiss the Amended Complaint of plaintiff Crawl Space Door System, Inc. d/b/a Crawl Space Door Systems, Inc. filed by defendant White and Williams, LLP, any opposition thereto, and the arguments of counsel; it is hereby

ORDERED that the Motion to Dismiss is Granted; and it is

FURTHER ORDERED that the Amended Complaint is DISMISSED WITH PREJUDICE.

ENTERED this _____ day of _____ 2022.

_____
United States District Judge

Copies to:

Duncan G. Byers, Esq.
Patten, Wornom, Hatten & Diamonstein
12350 Jefferson Ave., Suite 300
Newport News, VA 23602
dbyers@pwhd.com

David D. Hudgins
William F. Gogoel
HUDGINS LAW FIRM, PC
2331 Mill Road, Suite 100
Alexandria, VA 22314
T: (703) 739-3300;  F: (703) 739-3700
*dhudgins@hudginslawfirm.com*
*wgogoel@hudginslawfirm.com*