# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Norfolk Division)

| | |
|---|---|
| **CRAWL SPACE DOOR SYSTEM, INC.** ) | |
| **d/b/a CRAWL SPACE DOOR SYSTEMS, INC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.: 2:22-cv-199-RCY/LRL |
| ) | |
| **WHITE AND WILLIAMS, LLP.** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL

Defendant White and Williams, LLP, by counsel, moves to disqualify attorney Duncan G. Byers as counsel for plaintiff Crawl Space Door System, Inc. d/b/a Crawl Space Door Systems, Inc. on grounds that Mr. Byers is a necessary fact witness in the case.

In support of this Motion, defendant refers the Court to its Memorandum in Support, filed herewith.

**WHITE AND WILLIAMS, LLP**

By:   /s/ David D. Hudgins
      Counsel

David D. Hudgins, Esquire; VA Bar No. 20602
HUDGINS LAW FIRM, P.C.
2331 Mill Road, Suite 100
Alexandria, Virginia  22314
(703) 739-3300
dhudgins@hudginslawfirm.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of July, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to:

Duncan G. Byers, Esq.
Patten, Wornom, Hatten & Diamonstein
12350 Jefferson Ave., Suite 300
Newport News, VA 23602
dbyers@pwhd.com

                                               /s/ David D. Hudgins