## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Norfolk Division)

| | |
|---|---|
| **CRAWL SPACE DOOR SYSTEM, INC.** ) | |
| **d/b/a CRAWL SPACE DOOR SYSTEMS, INC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.: 2:22-cv-199-RCY/LRL |
| ) | |
| **WHITE AND WILLIAMS, LLP.** ) | |
| ) | |
| **Defendant.** ) | |

### **ORDER**

UPON CONSIDERATION of defendant White and Williams, LLP's Motion to Disqualify attorney Duncan G. Byers as counsel for plaintiff Crawl Space Door System, Inc. d/b/a Crawl Space Door Systems, Inc., any opposition thereto, the arguments of counsel, and finding that the motion should be granted, it is hereby

ORDERED that the Motion to Disqualify is GRANTED, and it is

FURTHER ORDERED that attorney Duncan G. Byers is disqualified as counsel for plaintiff in this matter.

Date:_____        _____
                                                                    Judge

Copies to:

David D. Hudgins, Esquire; VA Bar No. 20602
HUDGINS LAW FIRM, P.C.
2331 Mill Road, Suite 100
Alexandria, Virginia 22314
(703) 739-3300
dhudgins@hudginslawfirm.com

2

Duncan G. Byers, Esq.
Patten, Wornom, Hatten & Diamonstein
12350 Jefferson Ave., Suite 300
Newport News, VA 23602
dbyers@pwhd.com

2